548

*Kenney, John S. Flannery, G. Bowdoin Craighill,* and *Caesar L. Aiello* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, H. Brian Holland,* and *Erwin N. Griswold* for the United States.

No. 812. FIRST UNION TRUST & SAVINGS BANK, TRUSTEE, *v.* CONSUMERS CO. ET AL. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Rush C. Butler* and *Frank E. Harkness* for petitioner. *Messrs. Edwin W. Sims, Franklin J. Stransky,* and *Cassius Prout* for respondents.

No. 815. AETNA CASUALTY & SURETY CO. *v.* INDEPENDENT BRIDGE CO. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Edwin W. Smith* and *John C. Bane, Jr.,* for petitioner. *Mr. Edward G. Bothwell* for respondent.

No. 816. SPEERS SAND & CLAY WORKS, INC. *v.* AMERICAN TRUST CO. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mary W. F. Speers* for petitioner. *Mr. Edward P. Keech, Jr.,* for respondent.

No. 823. WOURDACK *v.* BECKER, COLLECTOR OF INTERNAL REVENUE. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Lon O. Hocker* for petitioner. *So-*